UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80009-Tp-Hurley

UNITED STATES OF AMERICA,

v.

CAREY LUNSFORD,

    Defendant.
_____/



## REPORT AND RECOMMENDATION

    The Defendant, CAREY LUNSFORD, appeared before the Court on September 4, 2012, represented by counsel, for a final hearing on violation of supervised release. The Defendant was originally convicted in the District of New Jersey of conspiracy to obstruct interstate commerce by means of robbery, in violation of 18 U.S.C. § 1951. The Defendant was originally sentenced to 188 months in prison and 3 years of supervised release.

    After completing the prison portion of his sentence, the Defendant commenced his supervised release on August 30, 2010. On May 2, 2012, the Defendant's term of supervised release was transferred to this District from the District of New Jersey.

    The Defendant is now charged with violating his supervised release by (1) unlawfully using cocaine as confirmed by two positive urinalysis reports on February 24 and 29, 2012; (2) failing to notify the probation office of his change in residence; and (3) committing the state offense of driving without a driver's license.

The Defendant, through counsel, knowingly and freely admitted both violations at the final hearing. He further expressed his wish to proceed to sentencing as soon as possible.

## RECOMMENDATION

Based on the foregoing, the Court RECOMMENDS that the District Court find the Defendant guilty of violations 1, 2, and 3. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T. K. Hurley.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 4th day of September, 2012.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE